PD-0143-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/20/2015 9:59:35 AM
Accepted 8/20/2015 10:07:32 AM
ABEL ACOSTA
CLERK

## Cause No. PD-0143-15
## IN THE COURT OF CRIMINAL APPEALS
## FOR TEXAS

| | | |
|---|---|---|
| **CYNTHIA AMBROSE,** | § | |
| *Appellant/Petitioner,* | § | |
| | § | **On Discretionary Review** |
| **v.** | § | **From the Fourth Court of** |
| | § | **Appeals** |
| | § | **San Antonio, Texas** |
| **THE STATE OF TEXAS,** | § | **Cause No. 04-13-00788-CR** |
| *Appellant/Respondent.* | § | |

## STATE'S MOTION FOR
## EXTENSION OF TIME TO FILE BRIEF
## [DEATH IN FAMILY]

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Now comes the State of Texas, Respondent in the above styled and numbered cause, by and through the undersigned Assistant Criminal District Attorney, pursuant to Rules of Appellate Procedure 38.6 and 10.5, and respectfully requests a brief compassionate extension of the time to file its brief in response. In support of this Motion, the State would show the following:

1. The State's brief is currently due today, **Thursday, August 20, 2015**. The State is requesting a compassionate extension of the time to file its brief to **Monday, August 24, 2015**, due to a death in the undersigned prosecutor's family.

2. This morning, the undersigned prosecutor learned that his grandmother died in her sleep at the age of 90. The undersigned prosecutor's family requires his presence and assistance in making funereal arrangements and transportation of his grandmother's remains from San Antonio to North Dakota for burial.

3. The State's brief is substantially complete but requires proof-reading and finalization before submission. This extension is sought not for the purposes of delay but so that counsel for the State may meet both his professional and familial obligations.

4. This Court has previously granted the State one 14 day extension in this case. Petitioner was granted one 30 day extension in the submission of her brief. Petitioner remains free on bond during the pendency of this appeal.

**PRAYER**

BY THE FOREGOING REASONS AND AUTHORITIES, the State of Texas respectfully prays this Honorable Court extend the time to file the State's brief to Monday, August 24, 2015.

Respectfully Submitted:

S. Patrick Ballantyne
Assistant Criminal District Attorney

Bexar County, Texas
State Bar # 24053759
101 W. Nueva St., 7th floor
San Antonio, Texas 78205
210-335-2277 (phone)
sballantyne@bexar.org

## CERTIFICATE OF SERVICE

I, S. Patrick Ballantyne, hereby certify that a true and correct copy of this Brief was transmitted this 31st day of July, 2015, to Dayna L. Jones, attorney of record for Petitioner by email and electronic service through a court approved eFiling system.

S. Patrick Ballantyne